UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA RAMSEY,<br><br>          Plaintiff,<br><br>v.<br><br>OFFICER SANCHEZ, *et al.*,<br><br>          Defendants. | Case No. 2:24-cv-01012-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Rhonda Ramsey, pro se, and Defendant, Carlos Sanchez, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 17th day of October, 2025.

By: _____
Rhonda Ramsey #1275100
*Plaintiff, Pro se*

DATED this 17th day of October, 2025.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

<u>DATED: December 1, 2025</u>

_____
Anne R. Traum, U.S. District Judge

Page **1** of **1**